**Patrick B. BUCKLEY, Claimant–Appellant,**

v.

**Eric K. SHINSEKI, Secretary of Veterans Affairs, Respondent–Appellee.**

**No. 2013–7073.**

United States Court of Appeals, Federal Circuit.

May 9, 2014.

Kenneth M. Carpenter, Carpenter, Chartered, of Topeka, KS, argued for claimant-appellant.

---

1. For example, Mr. Newgard argues that his March 1997 challenge to the March 1971 rating decision did not argue CUE and therefor did not bar the April 2003 CUE challenge. Although this may have been relevant in his prior appeal to this court, it is not at issue in this appeal and the Veterans Court properly refused to address it. *See Newgard v. Shinseki*, No. 12–1334, slip op. at 3 (Vet. App. Aug. 9, 2013); *see also Newgard*, 412 Fed.Appx. at 292. We therefore do not have jurisdiction to review Mr. Newgard's CUE argument. *See* 38 U.S.C. § 7292(a).

Phyllis Jo Baunach, Senior Trial Counsel, Classification Unit, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With her on the brief were Stuart F. Delery, Assistant Attorney General, Bryant G. Snee, Acting Director, and Martin F. Hockey, Jr., Deputy Director. Of counsel on the brief were Michael J. Timinski, Deputy Assistant General Counsel, and Christina L. Gregg, Attorney, United States Department of Veterans Affairs, of Washington, DC. Of counsel was Y. Ken Lee, Attorney.

DYK, REYNA, and TARANTO, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**